IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS LEE JACKSON,

    Plaintiff,                     No. CIV S- 04-983 LKK GGH P

   vs.

THE STATE OF CALIFORNIA, et al.,    ORDER &

    Defendants.            FINDINGS AND RECOMMENDATIONS

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed on April 11, 2003, this court directed plaintiff to show cause why defendant Campbell, for the reasons stated therein, should not be dismissed from this action under Fed. R. Civ. P. 4(m). In a response, dated April 18, 2005, plaintiff requested dismissal of defendant Campbell.

        Accordingly, IT IS ORDERED that plaintiff has discharged the court's show cause order, filed on April 11, 2005.

        IT IS HEREBY RECOMMENDED that, pursuant to Fed. R. Civ. P. 4(m), defendant Campbell be dismissed from this action.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: 6/30/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
jack0983.dis