IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS LEE JACKSON,

      Plaintiff,                        No. CIV S-04-0983 LKK GGH P

      vs.

THE STATE OF CALIFORNIA, et al.,

      Defendants.              <u>ORDER</u>

          On July 8, 2005, plaintiff filed a request that the Court order return of his property. On July 12, 2005, plaintiff filed a document alleging that he has been transferred to Pelican Bay State Prison as of June 29, 2005 and that his legal and personal property has not accompanied him. Those documents were not served on defendants. Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Documents not to be served electronically are usually served by placing a copy in the U.S. mail. If an attorney has filed a document with the court on behalf of any defendants, then documents submitted by plaintiff must be served on that attorney and not on the defendants. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to defendants or their attorney and the address to which it was mailed. <u>See</u> Local Rule 5-135(b) and

(c).

  Accordingly, IT IS HEREBY ORDERED that:

  1. Plaintiff's July 8, 2005 request that the Court order return of his property is denied without prejudice for its not having been served;

  2. Plaintiff's July 12, 2005 filing is also defective because it was not served and any request therein is denied without prejudice, but the Clerk of the Court is directed to deem that document, entered as #39, as a notice of change of address and to enter plaintiff's current address as Pelican Bay State Prison as set forth in that filing;

  3. The Clerk of the Court is also directed to re-serve the court's order, filed on July 14, 2005, upon plaintiff at his new address.

  4. Plaintiff is cautioned that failure to properly serve any documents subsequently filed in this action, and failure to include a proper certificate of service with such filing, may result in a recommendation that this action be dismissed

DATED: 8/5/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
jack0983.35