UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JULIUS LEE JACKSON,

        Plaintiff,

   v.

THE STATE OF CALIFORNIA, et al.,

        Defendants.

NO. CIV. S-04-983 LKK/GGH P

O R D E R

/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On April 26, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has timely filed objections.

////

1    The district court reviews <u>de novo</u> those portions of the
2 proposed findings of fact to which objections has been made, 28
3 U.S.C. § 636(b)(1)(c); <u>McDonnell Douglas Corp. v. Commodore</u>
4 <u>Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert.</u>
5 <u>denied</u>, 455 U.S. 920 (1982), and the magistrate judge's conclusions
6 of law.  <u>Barilla v. Ervin</u>, 886 F.2d 1514, 1518 (9th Cir. 1989)
7 (citing <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452,
8 454 (9th Cir. 1983)).  The court may, however, assume the
9 correctness of that portion of the proposed findings of fact to
10 which no objection has been made and decide the motion on
11 applicable law. <u>See</u> <u>United States v. Remsing</u>, 874 F.2d 614, 617
12 (9th Cir. 1989)(citing <u>Orand v. United States</u>, 602 F.2d 207, 208
13 (9th Cir. 1979)).

14    The court is not bound to adopt the magistrate judge's
15 findings and recommendation; on the contrary, the court must
16 exercise "sound judicial discretion" in making its own
17 determination on the record.  <u>United States v. Raddatz</u>, 447 U.S.
18 at 675-76.  The court may accept, reject, or modify, in whole or
19 in part, the magistrate judge's findings and recommendations.
20 28 U.S.C. § 636(b)(1)(c); <u>United States v. Remsing</u>, 874 F.2d at
21 617.

22    Plaintiff filed this action against numerous High Desert State
23 Prison officials alleging that they each violated his
24 constitutional rights when they physically harmed and continually
25 harassed him.  Plaintiff filed a motion for preliminary injunction
26 requesting that, <u>inter alia</u>, defendants be ordered to transfer him

2

to another prison. The magistrate judge determined that plaintiff failed to meet his burden under the applicable standard because he could not prove that he is subject to irreparable harm in the prison and recommended that the motion be denied. While I decline to adopt the magistrate's findings and legal determinations, I adopt the ultimate disposition of the motion. A review of the docket indicates that plaintiff has been transferred out of High Desert State Prison. Therefore, plaintiff's motion must be denied as moot.

Accordingly, the court orders that plaintiff's motion for a preliminary injunction is DENIED as moot.

IT IS SO ORDERED.

DATED: August 18, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT