IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS LEE JACKSON,

      Plaintiff,               No. CIV S- 04-0983 LKK GGH P

   vs.

THE STATE OF CALIFORNIA, et al.,

      Defendants.        <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On October 5, 2005, plaintiff filed a motion to compel discovery for defendants' failure to provide timely responses to plaintiff's requests for production of documents and for interrogatories served upon defendants on August 2, 2005. Plaintiff also requested $2500.00 for the cost of seeking an order.

        On October 11, 2005, defendants filed an opposition, conceding that counsel for defendants had failed to properly calendar the due date of the discovery responses inadvertently, asking that they be granted an extension of time until October 11, 2005, nunc pro tunc, to serve plaintiff with their responses/production with respect to plaintiff's request for production of documents, a copy of which defendants have included in their opposition as Exhibit B and which responses/production they indicate have been served upon plaintiff as of October 11, 2005.

Defendants also seek an extension of time, until October 25, 2005, to serve responses to plaintiff's interrogatories, averring the need for additional time in order to secure defendants' signatures. The court will deny the motion to compel, and because there is no evidence of bad faith on the part of defendants, will deny the request for sanctions. However, the court will deem defendants to have waived all objections, except those which are based on a recognized privilege.

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion to compel discovery, including his request for sanctions, filed on October 5, 2005, is denied;

2. Defendants are granted an extension of time, nunc pro tunc, until October 11, 2005 to serve their responses/production in response to plaintiff's August 2, 2005 production requests;

3. Defendants are granted an extension of time until October 25, 2005 to serve their responses to plaintiff's August 2, 2005 interrogatories; and

4. Defendants are particularly cautioned, in light of their belated responses, to provide substantive responses to plaintiff's interrogatories.

DATED:   10/21/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
jack0983.dsc