IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIUS LEE JACKSON,** | CIV S-04-0983 LKK GGH P |
| Plaintiff, | **ORDER GRANTING M. ARMSTRONG'S REQUEST FOR SECOND EXTENSION OF TIME TO SERVE INTERROGATORY RESPONSES** |
| v. | |
| **THE STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

The Court having considered defendant Armstrong's request for a second extension of time to serve responses to plaintiff's first set of interrogatories, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant Armstrong's request for a second extension of time to serve interrogatory responses is granted. Defendant Armstrong shall have, to and including, November 1, 2005, nunc pro tunc, to serve responses to plaintiff's first set of interrogatories.

DATED: 12/12/05

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

jack0983.po2.wpd

[Proposed] Order Granting Nunc Pro Tunc Extension of Time to Serve Discovery Responses
1