IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JULIUS LEE JACKSON,<br><br>                                Plaintiff,<br><br>         v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>                                Defendants. | No. 2:04-cv-0983 LKK GGH P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

The Court, having considered Defendants' request for an extension of time to file a motion for summary judgment, and good cause having been found.

IT IS HEREBY ORDERED:  The deadline for both parties to file a dispositive motion is extended to May 26, 2006.

DATED: 4/21/06                              /s/ Gregory G. Hollows
                                                     _____
                                                     UNITED STATES MAGISTRATE JUDGE

jack0983.po.wpd

Order Granting Defendants' First Request for Extension of Time to File a Motion for Summary Judgment

1