IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS LEE JACKSON,

        Plaintiff,        CIV-S-04-0983 LKK GGH P

    vs.

STATE OF CALIFORNIA, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Defendants' motion for summary judgment has been submitted. The dates for the pretrial conference and jury trial, set for July 28, 2006, and October 10, 2006, respectively, are hereby vacated. The parties are relieved of the requirement of filing pretrial statements at this time. These dates will be reset upon resolution of the summary judgment motion, if appropriate.

        IT IS SO ORDERED.

DATED: 8/1/06

                          /s/ Gregory G. Hollows

                          _____
                          GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

GGH:009
jack0983.vac