IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS LEE JACKSON,

    Plaintiff,                        No. CIV S-04-0983 LKK GGH P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.               <u>ORDER</u>

                               /

          On April 19, 2006, plaintiff filed a motion for reconsideration of the magistrate judge's order filed March 30, 2006, denying plaintiff's March 9, 2006 motion to appoint counsel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

          Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 30, 2006, is affirmed.

DATED: September 11, 2006.

                                                /s/ Lawrence K. Karlton
                                                LAWRENCE K. KARLTON
                                                SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT