IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS LEE JACKSON,

      Plaintiff,                    No. CIV S-04-0983 LKK GGH P

    vs.

STATE OF CALIFORNIA, et al.,

      Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 26, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed January 26, 2007 are adopted in full;

2. Defendants' motion for summary judgment, filed on May 26, 2006:

    a. is denied as to plaintiff's claims of excessive force on December 19, 2003, against defendants Nuchols, Brewer and Von Rader;

    b. is granted as to all other claims against defendants Nuchols, Brewer and Von Rader;

    c. is granted as to defendants Bates, Armstrong, Morring, Chacon, and Barnard; and

3. This matter shall proceed against defendants Nuchols, Brewer and Von Rader only on plaintiff's claims of excessive force on December 13, 2003, for money damages solely.

DATED:   March 13, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT