IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS LEE JACKSON,

    Plaintiff,                      No. CIV S-04-0983 LKK GGH P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.               ORDER

_____/

       Pursuant to the court's order, filed on March 14, 2007, defendants' motion for summary judgment has been adjudicated. This matter now proceeds solely on plaintiff's claims of excessive force on December 19, 2003,[1] for money damages only, against defendants Nuchols, Brewer and Von Rader. Therefore, the pretrial conference is reset as follows:

       1. Pretrial conference (as described in Local Rule 16-282) is set in this case for May 11, 2007. The pretrial conference shall be conducted on the file only, without appearance by either party.

---

[1] In no. 3 of the order clause of the Order, filed on March 14, 2007, the date of the incident at issue is mis-typed as December 13, 2003; however, December 19, 2003, the accurate date, is contained in 2(a) of the same order, and the adopted Findings and Recommendations of January 26, 2007, ascribes only the correct date of December 19, 2003, to the incident which gives rise to the remaining allegations.

1

2. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before April 20, 2007. Defendants shall file their pretrial statement on or before May 4, 2007.

3. Trial confirmation hearing and trial date will be set at the time of the pretrial order.

DATED: 3/26/07                              /s/ Gregory G. Hollows
                                           _____
                                           UNITED STATES MAGISTRATE JUDGE

GGH:035
jack0983.sch