IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS LEE JACKSON,

        Plaintiff,                  No. CIV S-04-0983 LKK GGH P

   vs.

STATE OF CALIFORNIA, et al.,

        Defendants.           <u>ORDER</u>

_____/

      A trial confirmation hearing was held on August 27, 2007. Plaintiff pro se appeared by way of video-conferencing. Barry Alves appeared on behalf of the defendants. Following the hearing, the court makes the following ORDERS:

      1. Defendants have been directed to prepare a proposed order indicating that documents from plaintiff's prison central and medical files that the defense intends to use as trial exhibits are to be authenticated for trial by way of declaration by the respective custodian of records, plaintiff having consented to that method of authentication.

      2. Defendants having failed to comply, in disclosing their anticipated expert witness, to provide plaintiff with the report required under Fed. R. Civ. P. 26(a)(2)(B), Dr. Nanaglama is excluded as an expert witness from the trial.

      3. Motions in limine will be taken up on the first day of trial.

1

4. This matter remains set for trial before the undersigned on November 6, 2007, at 10:30 a.m.

DATED: August 28, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT