1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  TRACY S. HENDRICKSON
   Supervising Deputy Attorney General
5  BARRY D. ALVES, State Bar No. 232971
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 445-8212
8   Fax: (916) 324-5205
    Email: Barry.Alves@doj.ca.gov
9
   Attorneys for Defendants Brewer, Nuchols, and
10 Von Rader
   SA2005100569
11

12                IN THE UNITED STATES DISTRICT COURT

13               FOR THE EASTERN DISTRICT OF CALIFORNIA

14                        SACRAMENTO DIVISION

15

**JULIUS LEE JACKSON,**                    2:04-cv-0983 LKK GGH P

                          Plaintiff,       **ORDER PERMITTING**
                                           **DEFENDANTS TO AUTHENTICATE**
         v.                                **DEFENDANTS' TRIAL EXHIBITS**
                                           **BY DECLARATIONS**
**THE STATE OF CALIFORNIA, et al.,**

                          Defendants.

21      On August 27, 2007, Judge Lawrence K. Karlton held a trial confirmation hearing in

22 this matter. Plaintiff, Julius Jackson, appeared by video conferencing, and Deputy Attorney

23 General Barry Alves appeared personally for Defendants. During the hearing, Defendants

24 requested the custodian of record for Plaintiff's central file and the custodian of record for

25 Plaintiff's medical file be permitted to authenticate Defendants' trial exhibits via their respective

26 declarations. Before the hearing, Plaintiff received a copy of Defendants' trial exhibits.

27 Plaintiff stipulated to the documents being authenticated by way of declaration.

28

1  IT IS ORDERED THAT: Defendants may authenticate Defendants' trial exhibits with
2 declaration from the custodian of record for Plaintiff's central file and the custodian of record for
3 Plaintiff's medical file.

5 Dated:   September 4, 2007.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

28  **<u>DECLARATION OF SERVICE BY U.S. MAIL</u>**

ORDER PERMITTING DEFENDANTS TO AUTHENTICATE DEFENDANTS'
TRIAL EXHIBITS BY DECLARATIONS

2

1

2  Case Name:    **Julius Lee Jackson v. The State of California, et al.**

3  No.: **2:04-cv-0983 LKK GGH P**

4  I declare:

5  I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

9  On August 31, 2007, I served the attached **Order Permitting efendants to Authenticate Defendants' Trial Exhibits by Declarations** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

12  Julius Lee Jackson
K-71298
13  Pelican Bay State Prison
P.O. Box 7500
14  Crescent City, CA  95532-7500
CDC No. K-71298

16  I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 31, 2007, at Sacramento, California.

|  M. L. Morgan | */s/ M. L. Morgan* |
| --- | --- |
| Declarant | Signature |

julius jackson prop order.wpd