UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JULIUS LEE JACKSON,

        Plaintiff,                    No. CIV S-04-0983 LKK GGH P

vs.

STATE OF CALIFORNIA, et al.,

        Defendants.          **ORDER & WRIT OF HABEAS CORPUS**
/                           **AD TESTIFICANDUM**

**Julius Lee Jackson**, inmate # **K-71298**, a necessary and material witness in proceedings in this case on November 6, 2007, is confined in California Substance Abuse Treatment Facility and State Prison 900 Quebec Avenue, PO Box 7100, Corcoran, Ca 93212 in the custody of the Warden Ken Clark; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court before the Honorable Lawrence K. Karlton, 15th Floor, Courtroom 4, United States Courthouse, 501 I Street, Sacramento, California on November 6, 2007, at 10:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden Ken Clark: California Substance Abuse Treatment Facility and State Prison 900 Quebec Avenue, PO Box 7100, Corcoran, Ca 93212:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 9/24/07

                                                          /s/ Gregory G. Hollows

                                                          UNITED STATES MAGISTRATE JUDGE
                                                          EASTERN DISTRICT OF CALIFORNIA

GGH:cm/jack0983.841