IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS LEE JACKSON,

    Plaintiff,                  No. CIV S-04-0983 LKK GGH P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.                 <u>ORDER</u>

/

    The court is in receipt of defendant Brewer's request to continue the trial that is currently set for November 6, 2007. Good cause having been shown, the court CONTINUES the trial to February 26, 2008 at 10:30 AM. The writs issued on September 24, 2007 are hereby VACATED.

    IT IS SO ORDERED.

    DATED: October 22, 2007.

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT