IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS LEE JACKSON,

    Plaintiff,                   No. CIV S-04-0983 LKK GGH P

  vs.

STATE OF CALIFORNIA, et al.,

    Defendants.                ORDER

_____/

    Good cause appearing, the motion to continue the trial date is GRANTED.  The trial is CONTINUED from February 26, 2008 to July 1, 2008 at 10:30 a.m.  The writ of habeas corpus ad testificandum issued on January 16, 2008 is VACATED.

    IT IS SO ORDERED.

    DATED: February 12, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1