IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS LEE JACKSON,

       Plaintiff,                       No. CIV S-04-0983 LKK GGH P

   vs.

STATE OF CALIFORNIA, et al.,

       Defendants.           ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This action is set for trial before Judge Karlton on August 19, 2008, at 10:30, and a writ has issued for plaintiff's appearance at that time. See Order & Writ, filed on 7/03/08. Plaintiff has filed a number of grievances that relate to the previously vacated July 1, 2008 trial date. Plaintiff, for example, complained that he had been deprived of personal hygiene items, food products, stationary and mailing supplies after he was transported from the Substance Abuse Treatment Facility (S.A.T.F) at Corcoran to C.S.P.-Sacramento; however, he has since been returned to S.A.T.F. Plaintiff moved for a default judgment on the basis that defendants had sought and obtained trial continuances, but the latest continuance was ordered by the court sua sponte based on a court calendar scheduling conflict. These complaints and requests have either been rendered moot or are inapposite.

However, plaintiff's complaint, as of July 16, 2008, regarding being separated from the legal property he needs for the trial in this matter must be addressed. Defendants are herein directed to ascertain that plaintiff has been reunited with all of his legal property prepared for this trial that plaintiff states was left behind at D.V.I. prison[1] within fifteen calendar days of the date of this order. The Clerk is to serve plaintiff with a copy of this order by mail at the address he includes in docket # 132.

IT IS SO ORDERED.

DATED: 07/22/08                              /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

GGH:009
jack0983.ord

---

[1] Plaintiff was evidently transported from CSP-Sacramento to D.V.I.-Tracy then back to S.A.T.F. in Corcoran.

2